UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BOSTON, MA

CIVIL ACTION NO:     1-20-cv-10797

.

| | |
|---|---|
| Gina Alongi, in her capacity as Administrator for | ) |
| International Union of Operating Engineers, | ) |
| Local 4 Health and Welfare, Pension, Annuity and | ) |
| Savings Funds, Labor-Management Cooperation | ) |
| Trust and Hoisting and Portable Engineers Local 4 | ) |
| Apprentice and Training Fund and International | ) |
| Union of Operating Engineers National Training | ) |
| Fund | ) |
| Plaintiffs, | |

v.

NASDI, LLC                                                    )
And                                                                )
Arthur M. Dore)

Defendants.

### **DEFENDANT(S)'S MOTION TO AMEND ANSWER**

NOW COMES, the Defendant, NASDI, LLC and asks that this honorable court allow amendment of their Answer to remove the Counterclaims.

AS REASONS THEREFOR, Upon further consideration, Defendant has concluded that its state law counterclaims are preempted by ERISA and accordingly the Parties have agreed that NASDI should amend its answer but without waiving the counterclaims should they choose to pursue them in the Superior Court.

                                Respectfully submitted,
Defendant(s)
NASDI LLC
And Arthur M. Dore
By their Attorney,
Megan M. Dart
704 Washington St #146
South Easton, MA 02375
#679812
617.653.9773
Megan.dart@gmail.com


                                /S/MEGAN DART_____

ASSENTED:
/S/James A.W. Shaw by MD

James A.W. Shaw, Esq.
Segal Roitman, LLP
33 Harrison Avenue, 7th Floor
Boston, MA 02111
(617) 603-1432, phone
(617) 742-2187, fax

DATED 9-9-2020