UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY A. GEIMAN, as she is ADMINISTRATOR, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION, ANNUITY AND SAVINGS FUNDS, LABOR-MANAGEMENT COOPERATION TRUST, and HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUND,<br>Plaintiffs,<br><br>vs.<br><br>NASDI, LLC and ARTHUR M. DORE,<br>Defendants. | C.A. No. 20-10797-DLC |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that Plaintiffs' counsel has the following new address:

Kathryn S. Shea, Esq.
Law Office of Kathryn S. Shea
108 Trowbridge St., Third Floor
Cambridge, MA 02138
kate@kateshealaw.com
(617) 851-4350

Please forward copies of all pleadings, notices, documents, and notice of all hearings, conference, and proceedings in this action to this address.

Respectfully submitted,

/s/ Kathryn S. Shea
Kathryn S. Shea, BBO # 547188
Law Office of Kathryn S. Shea
108 Trowbridge St., Third Floor
Cambridge, MA 02138
kate@kateshealaw.com
(617) 851-4350
Counsel for the Plaintiffs

Dated:  April 4, 2021

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the above Notice of Change of Address has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered NEF participants on this 4th day of April, 2021.

                                            /s/ Kathryn S. Shea
                                            Kathryn S. Shea